## IN THE SUPREME COURT OF PENNSYLVANIA
### EASTERN DISTRICT

DOREL JENKINS,          :    No. 52 EM 2020

          Petitioner      :

          v.             :

COMMONWEALTH OF PENNSYLVANIA,    :
ET AL.,                           :

          Respondent    :

## ORDER

**PER CURIAM**

     **AND NOW**, this 13th day of October, 2020, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Habeas Corpus is DENIED.